IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CR-42-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DAVID HAYNES, ) | |
| ) | |
| Defendant. ) | |

On June 22, 2020, David Haynes ("Haynes" or "defendant") moved pro se for early termination of supervised release [D.E. 2]. Haynes's supervised release began on August 31, 2012. On July 15, 2020, the government responded in opposition [D.E. 5, 6, 8]. On September 18, 2020, Haynes' probation office notified the court that Haynes is compliant and has benefitted from treatment, but that Haynes would benefit from continued supervision and treatment [D.E. 10]. On February 1, 2021, Haynes responded [D.E. 11].

In deciding whether to grants Haynes's motion for early termination of supervised release, the court has considered the entire record. Haynes engaged in serious criminal behavior involving possession of child pornography. See PSR [D.E. 6] ¶¶ 10–13. On May 4, 2009, the United States District Court for the Central District of California sentenced Haynes to 60 months' imprisonment and 10 years' supervised release. See [D.E. 5] 1–2. Nonetheless, Haynes has taken some positive steps since his conviction and while on supervised release. See [D.E. 2, 11]; cf. Pepper v. United States, 562 U.S. 476, 491 (2011).

In light of the record, the court finds that Haynes needs continued supervision and treatment. Thus, defendant's motion for early termination of supervised [D.E. 2] is DENIED.

SO ORDERED. This 9 day of February 2021.

                                                        JAMES C. DEVER III
                                                       United States District Judge